THE HONORABLE JAMAL N. WHITEHEAD
THE HONORABLE GRADY J. LEUPOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE MIGUEL ARENADO-BORGES,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, Attorney General of the United States, et al.,<br><br>Respondents. | No. CV25-2193-JNW-GJL<br><br>ORDER FOR EXPEDITED BRIEFING SCHEDULE AND TO WITHDRAW REFERENCE TO MAGISTRATE JUDGE |

THE COURT has considered Jose Miguel Arenado-Borges's unopposed motion for an expedited briefing schedule and request to withdraw reference to the Magistrate Judge.

IT IS ORDERED that the motion is granted, and the following briefing schedule is adopted:

- Respondents' return is due by November 24, 2025.
- Petitioner's response is due December 1, 2025.
- The petition will be noted for December 1, 2025.

DONE this 21st day of November 2025.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *J. Leonardo Costales*
Attorney for Jose Miguel Arenado-Borges

ORDER FOR EXPEDITED BRIEFING SCHEDULE AND
TO WITHDRAW REFERENCE TO MAGISTRATE JUDGE
(*Arenado-Borges v. Bondi, et al.*, CV25-2193-JNW-GJL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100